# Exhibit C

**Akurate's U.S. Patent No. 10,159,996 ("the '996 Patent") and Carlisle's Patent Publication No. 2019/0022683**

| Claim 20 of the '996 Patent | | Carlisle Patent Publication No. 2019/0022683 |
|---|---|---|
| 20.0 | A method for simultaneously dispensing at least two liquids from a spray gun comprising: | *See* ¶ 8:<br><br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 20:<br><br>"The pumps **12**, **14** provide for hydrodynamic forces suitable for moving the compounds A, B into a spray gun system **28**."<br><br>*See also* Fig. 1:<br><br>[Figure: FIG. 1 — block diagram showing spray gun system 28, components labeled 10, 12, 14, 16, 18, 20, 22, 24, 26, 27, 29, 30, 32, 34, 35, 36, 38, 40, 41, 42, 44, with tanks A and B] |

| 20.1 | operating a first pump having an inlet in fluid communication with a first container having a first liquid therein, the first pump having an outlet connected to the inlet of a first heated hose having an outlet connected to the spray gun | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 18:<br>"In the depicted embodiment, chemical compounds A and B may be stored in tanks **16** and **18**, respectively. The tanks **16** and **18** may be fluidly coupled to the pumps **12** and **14** via conduits or hoses **20** and **22**."<br><br>*See also* ¶ 20:<br>"The pumps **12**, **14** provide for hydrodynamic forces suitable for moving the compounds A, B into a spray gun system **28**. More specifically, compound A may traverse the pump **12** through conduit **20** and then through a heated conduit **30** into the spray gun system **28**."<br><br>*See also* Figure 1, components 28, 30, 12, 20, and 16:<br> |
|---|---|---|

| 20.2 | operating a second pump having an inlet in fluid communication with a second container having a second liquid therein, the second pump having an outlet connected to the inlet of a second heated hose having an outlet connected to the spray gun | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 18:<br>"In the depicted embodiment, chemical compounds A and B may be stored in tanks **16** and **18**, respectively. The tanks **16** and **18** may be fluidly coupled to the pumps **12** and **14** via conduits or hoses **20** and **22**."<br><br>*See also* ¶ 20:<br>"The pumps **12**, **14** provide for hydrodynamic forces suitable for moving the compounds A, B into a spray gun system **28**. More specifically, compound A may traverse the pump **12** through conduit **20** and then through a heated conduit **30** into the spray gun system **28**."<br><br>*See also* Figure 1, components 28, 32, 14, 22, and 18:<br><br> |
|---|---|---|

| 20.3 | measuring a first fluid pressure with a first pressure sensor in fluid communication with the outlet of the first pump | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 27:<br>"Fluid (e.g., compound A or compound B) stored in tanks **16** and **18** may then flow through conduit **20** and **22** into the pump **12** or **14**. Inlet pressure sensors **106**, **107** (e.g., sensors **42** disposed on or near the pumps' inlet) may measure pressure at or near the inlet of the pump **12** and **14**, and outlet pressure sensors **108**, **109** (e.g., sensors **42** disposed on or near the pumps' outlet) may measure pressure at or near the outlet of the pump **12** and **14**."<br><br>*See also* Figure 1, component 42:<br> |
|---|---|---|

| 20.4 | measuring a second fluid pressure with a second pressure sensor in fluid communication with the outlet of the second pump | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 27:<br>"Fluid (e.g., compound A or compound B) stored in tanks **16** and **18** may then flow through conduit **20** and **22** into the pump **12** or **14**. Inlet pressure sensors **106**, **107** (e.g., sensors **42** disposed on or near the pumps' inlet) may measure pressure at or near the inlet of the pump **12** and **14**, and outlet pressure sensors **108**, **109** (e.g., sensors **42** disposed on or near the pumps' outlet) may measure pressure at or near the outlet of the pump **12** and **14**."<br><br>*See also* Figure 1:<br> |
|---|---|---|

| 20.5 | measuring a third fluid pressure with a third pressure sensor in fluid communication with an outlet of the first heated hose | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 23:<br>"The control system **36** may be communicatively coupled to one or more sensors **42** and operatively coupled to one or more actuators **44**. The sensors **42** may include pressure sensors, flow sensors, temperature sensors, chemical composition sensors, speed (e.g., rotary speed, linear speed) sensors, electric measurement sensors (e.g., voltage, amperage, resistance, capacitance, inductance), level (e.g., fluid level) sensors, limit switches, and so on."<br><br>*See also* Figure 1, component 42:<br> |

6

| 20.6 | measuring a fourth fluid pressure with a fourth pressure sensor in fluid communication with an outlet of the second heated hose | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 23:<br>"The control system **36** may be communicatively coupled to one or more sensors **42** and operatively coupled to one or more actuators **44**. The sensors **42** may include pressure sensors, flow sensors, temperature sensors, chemical composition sensors, speed (e.g., rotary speed, linear speed) sensors, electric measurement sensors (e.g., voltage, amperage, resistance, capacitance, inductance), level (e.g., fluid level) sensors, limit switches, and so on."<br><br>*See also* Figure 1, component 42:<br> |

| | | |
|---|---|---|
| 20.7 | measuring a flow rate of the first liquid from the first pump | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 27:<br>"Inlet pressure sensors **106**, **107** (e.g., sensors **42** disposed on or near the pumps' inlet) may measure pressure at or near the inlet of the pump **12** and **14**, and outlet pressure sensors **108**, **109** (e.g., sensors **42** disposed on or near the pumps' outlet) may measure pressure at or near the outlet of the pump **12** and **14**."<br><br>*See also* Figure 1, components 12 and 42:<br> |

| 20.8 | measuring a flow rate of the second liquid from the second pump | *See* ¶ 8:<br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 27:<br>"Inlet pressure sensors **106**, **107** (e.g., sensors **42** disposed on or near the pumps' inlet) may measure pressure at or near the inlet of the pump **12** and **14**, and outlet pressure sensors **108**, **109** (e.g., sensors **42** disposed on or near the pumps' outlet) may measure pressure at or near the outlet of the pump **12** and **14**."<br><br>*See also* Figure 1, component 14:<br> |

| 20.9 | controlling the second pump in real time in response to the measured fluid pressures, the measured flow rate of the first liquid from the first pump and the measured flow rate of the second liquid from the second pump. | *See* Figure 1, component 40:<br><br><br><br>*See also* ¶ 8:<br><br>"FIG. 1 is block diagram of an embodiment of a spray application system, such as a multi-component fluid delivery system (e.g., SPF system)"<br><br>*See also* ¶ 4:<br><br>"In a first embodiment, a multi-component fluid delivery system includes a first fluid pump and a second fluid pump. The first and the second fluid pumps are not mechanically coupled to each other. The multi-component fluid delivery system further includes a control system comprising a processor configured to derive a slip ratio for the first fluid pump and the second fluid pump. The processor is additionally configured to apply a master-slave motor control to deliver a specified fluid ratio via the first and the second fluid pumps based on the slip ratio."<br><br>*See also* ¶ 5: |
|---|---|---|

"In a second embodiment, a method includes deriving a slip ratio for a first fluid pump and a second fluid pump, wherein the first the second fluid pumps are included in a multi-component fluid delivery system, and wherein the first and the second fluid pumps are not mechanically coupled to each other. The method further includes applying a master-slave motor control to deliver a specified fluid ratio via the first and the second fluid pumps based on the slip ratio."

*See also* ¶ 6:

"In a third embodiment, a tangible, non-transitory, computer-readable medium include instructions that when executed by a processor cause the processor to derive a slip ratio for a first fluid pump and a second fluid pump, wherein the first the second fluid pumps are included in a multi-component fluid delivery system, and wherein the first and the second fluid pumps are not mechanically coupled to each other. The instructions when executed by the processor further cause the processor to provide for a master-slave motor control to deliver a specified fluid ratio via the first and the second fluid pumps based on the slip ratio."

*See also* ¶ 32:

"While the depicted embodiment, illustrates the indirect derivation of slip, slip may also be derived directly, for example by using flow meters to determine slip flow through the pumps **12** and/or **14**. For example, to directly measure and then control differential slip rate, flow meters may be used in a closed loop electronic feedback and motor drive system to compensate for pump slip (and differential slip ratio). Indirect techniques of determining slip are described herein. If pump slip is known, then a master-slave arrangement of motor controllers may be used to compensate for the differential slip ratio between pumps **12** and **14** to provide the desired output ratio. Once direct or indirect sensing is used to determine the slip ratio of the independent pumps **12** and **14** and/or slip of each independent pump **12** and **14**, ratio control may be used. More specifically, the ratio of slip between the two pumps **12** and **14** is then used in the individual motor drives **27** and **29** to control the speed ratio of the motors **24**, **26** to match the slip ratio as derived either directly and/or indirectly. In one embodiment, one pump motor controller **27** or **29** is designated the "master" and the other(s) as "slave(s)". When in operation, the velocity control of the slave motor(s) is/are factored by the slip ratio to the velocity of the master drive. While the master motor may be operating in pressure control mode only, it's encoder signal is used to drive the velocity control loop of the slave drives factored by the slip ratio between the master and slave drives. Thus, when the pumps are in motion, the slave drive may always and continuously be compensated for differential slip between the pumps **12** and **14**."

*See also* ¶ 34:

"The process **200** may then use the received data to derive (block **203**) slip **205** via direct techniques (e.g., flow meters), to derive (block **204**) slip **206** via orifice flow derivations and/or to derive (block **208**) slip **210** via zero-flow pressurized state techniques. As mentioned earlier, the slip measure **206** may be derived via the equation $Q(t)=Pf \times Ff \times \int \Delta P^{1/2} dt$ using data from pressure sensors **106**, **107**, **108**, **109**. Also as mentioned above, the slip measure **210** may be derived by setting the pump **12** and **14** to a no-flow state with an outlet pressure (or $\Delta P$). Slip measure **110** may then be derived base on

11

|  |  | advancing the pump **12** and **14** to maintain the set outlet pressure in this no-flow state. Slip measures **205**, **206**, and **210** may include slip ratio and/or individual slip for pumps **12**, **14**. The slip measure **206** and/or the slip measure **210** may then be used for control (block **212**). For example, the control system **36** may apply the master-slave motor control techniques described earlier. For example, the velocity control of the slave motor(s) is/are factored by the slip ratio to the velocity of the master drive. While the master motor may be operating in pressure control mode only, its encoder signal is used to drive the velocity control loop of the slave drives factored by the slip ratio between the master and slave drives. Thus, when the pumps are in motion, the slave drive may always and continuously be compensated for differential slip between the pumps **12** and **14**. In this manner, the techniques described herein may provide for more accurate and reliable ratio control of multiple fluids." *See also ¶* 24: "The user may then spray via the spray gun system **28** and the control system **36** may use the processor **40** to execute one or more programs stored in the memory **38** suitable for sensing system **10** conditions via the sensors **42** and for adjusting various parameters of the system **10** via the actuators **44** based on the user inputs." |